STONE AND STONE PENSION FUND PLAN ET AL. *v.*
PATRICIA MCKENNA ET AL.

The petition by the defendants Patricia McKenna and Ahmed A. Dadi for certification for appeal from the Appellate Court (AC 17478) is denied.

*Patricia McKenna,* pro se, and *Ahmed A. Dadi,* pro se, in support of the petition.

Decided January 8, 1998

DEBORAH AMODIO *v.* VINCENT AMODIO

The defendant's petition for certification for appeal from the Appellate Court, 45 Conn. App. 737 (AC 15692), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the trial court had no subject matter jurisdiction to modify the child support award?"

The Supreme Court docket number is SC 15856.

*Donald J. Altschuler,* in support of the petition.

Decided January 15, 1998